UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20162-CR-SCOLA

UNITED STATES OF AMERICA

vs.

CARLOS MIGUEL PAULINO MARTE,

Defendant.
_____/

## STIPULATED FACTUAL PROFFER

Should this case have proceeded to trial, the United States would be able to prove the following beyond a reasonable doubt:

On April 3, 2022, while on patrol in the Caribbean Sea, a Dominican Republic Maritime Patrol Aircraft ("MPA") detected a 30 ft. go-fast vessel ("GFV") travelling approximately 170 nautical miles south of the Dominican Republic in international waters and upon the high seas. The United States Coast Guard (USCG) Cutter BILLINGS which was in the area was diverted to investigate. BILLINGS located the GFV which was dead in the water. USCG observed two individuals on board, later identified as *Carlos Miguel PAULINO MARTE* and *Carlos Reynaldo ALMONTE ALMONTE*, along with multiple fuels tanks and packages on deck. USCG did not observed any indicia of nationality or markings on the GFV.

USCG sought and secured authorization to conducted a Right of Visit boarding (ROV). PAULINO MARTE identified himself as the master and made a claim on Colombian nationality for the vessel. Based on PAULINO MARTE's claim of Colombian nationality for the vessel, the Government of Colombia was contacted and responded they could neither confirm nor deny

registry for the vessel. Based on the Government of Colombia's response, the GFV was treated as a vessel without nationality, therefore, subject to the jurisdiction of the United States. A full law enforcement boarding followed.

The USCG boarding team recovered a total of twelve (12) bales consisting of approximately 286 kilograms of suspected cocaine. Field tests were conducted on the contraband which yielded positive result for cocaine.

The parties further agree and acknowledge that there is enough of a factual basis for the Court to make a finding that the vessel in this case satisfies Title 46, United States Code, Section 70502(c), which defines a vessel without nationality subject to the jurisdiction of the United States.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 10/6/22     By: _____
                  FOR YVONNE RODRIGUEZ-SCHACK
                  ASSISTANT UNITED STATES ATTORNEY

Date: 10/6/22     By: CARLOS MIGUEL PAULINO MARTE
                  CARLOS MIGUEL PAULINO MARTE
                  DEFENDANT

Date: 10/6/22     By: _____
                  ERIC COHEN
                  ATTORNEY FOR DEFENDANT